# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DISTRICT

| | |
|---|---|
| DANNY WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYSCO CORPORATION, )<br>)<br>Defendant. ) | Civil Action No.: 2:20-cv-02374-MSN-CGC |

## MOTION TO DISMISS
## FILED ON BEHALF OF DEFENDANT SYSCO CORPORATION

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Sysco Corporation ("Sysco"), by and through undersigned counsel, respectfully moves for dismissal of the amended class action complaint filed by Plaintiff Danny Walker ("Plaintiff"). For the reasons explained in the Memorandum of Law in Support of Defendant's Motion to Dismiss, which is being filed contemporaneously with this Motion, Defendant respectfully requests that the Court issue an Order dismissing Plaintiff's claims against Sysco, with prejudice.

Dated: August 10, 2020

        Respectfully submitted,

        *s/ Stacey C.S. Cerrone*
        Stacey C.S. Cerrone (admitted *Pro Hac Vice*)
        Charles F. Seemann, III (admitted *Pro Hac Vice*)
        JACKSON LEWIS P.C.
        650 Poydras Street, Suite 1900
        New Orleans, LA 70130
        Telephone: (504) 208-1755
        Email: stacey.cerrone@jacksonlewis.com
          charles.seemann@jacksonlewis.com

Craig A. Cowart (TN Bar No. 017316)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: craig.cowart@jacksonlewis.com

Juan Obregon (admitted *Pro Hac Vice*)
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Email: juan.obregon@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send e-mail notification of such filing to the below-listed counsel of record:

>MARC R. EDELMAN, ESQ.
>Florida Bar No.: 0096342
>GEORGE G. TRIANTIS, ESQ.
>Florida Bar No.: 1015574
>MORGAN & MORGAN, P.A.
>201 N. Franklin Street, Suite 700
>Tampa, Florida 33602
>Telephone: 813-223-5505
>Facsimile: 813-257-0572
>E-mail: MEdelman@forthepeople.com
>        GTriantis@forthepeople.com
>
>*ATTORNEYS FOR PLAINTIFF*

>*s/ Stacey C.S. Cerrone*
>Stacey C.S. Cerrone