IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

DANNY WALKER,

    Plaintiff,

v.                                                          Case No. 2:20-cv-2374-MSN-cgc

SYSCO CORPORATION,

    Defendant.

_____

## JUDGMENT
_____

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed May 26, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 22), filed August 13, 2020, this matter is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**APPROVED:**

*s/ Mark S. Norris*  
MARK S. NORRIS  
UNITED STATES DISTRICT JUDGE

August 17, 2020  
Date